# GARFUNKEL WILD, P.C.

111 GREAT NE[CK ROAD]
TEL (5[16) ...]

> Application granted.
>
> The time within which the parties shall file a joint letter concerning the status of settlement/mediation is extended to October 15, 2021.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 64.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         October 7, 2021

FILE NO.:   10435.0055

**By ECF**

Hon. Philip M. Halpern, U.S.D.J.
Daniel Patrick Moynihan United States
500 Pearl Street
New York, NY 10007

Re:   *Somnia Inc. v. Change Healthcare Technology Enabled Services, LLC, et al.*
      Docket No. 19-cv-08983 (PMH)

Dear Judge Halpern:

    We jointly write on behalf of the parties to request a 9-day extension of the October 6, 2021 deadline to inform the Court regarding settlement/mediation.

    Since the parties' last request in August for a 3-month extension of remaining deadlines, the parties have exchanged voluminous discovery. Although not yet fully complete, such discovery has certainly shed enough insight into the parties' respective positions to warrant renewed settlement efforts. We note that the parties have engaged in some preliminary settlement correspondence over the last month as well.

    The parties are currently discussing plans for settlement/mediation to occur in October/November, and expect to complete a joint plan to present to the Court before the end of next week.

    We thank the Court for its patience, and apologize for the belated nature of this request. Should the Court wish to conference this matter further, the parties will certainly make themselves available at the Court's convenience.

Respectfully submitted,

*/s/ Jason Hsi*

Jason Hsi

cc:   All Counsel of Record

**NEW YORK**        **NEW JERSEY**        **CONNECTICUT**

6248046v.1